# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DONNA WISDOM, individually and as Trustee for the MILTON V. WISDOM TRUST B, dated April 27, 1984,<br><br>Plaintiff,<br><br>v.<br><br>ECONO LUBE N' TUNE, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. ED CV 09-00208-JTM(JCx)<br><br>The Honorable J. Thomas Marten<br><br>[~~PROPOSED~~] JUDGMENT |

The Court, after full consideration of the Motion for Summary Judgment filed by Defendant Econo Lube N' Tune, Inc., the Motion for Partial Summary Judgment filed by Plaintiff Donna Wisdom, the papers submitted by the parties in opposition to the above-described motions, the reply papers submitted by the parties, along with all supporting declarations and requests for judicial notice, finds that there is no genuine issue of material fact and that Econo Lube N' Tune, Inc. is entitled to summary judgment as a matter of law on all claims brought by Plaintiff Donna Wisdom.

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

Judgment is entered in favor of Defendant Econo Lube N' Tune, Inc. and against Plaintiff Donna Wisdom on all causes of action, that Plaintiff Donna Wisdom take nothing by way of her complaint, and that Econo Lube N' Tune, Inc. shall be entitled to recover its costs and reasonable attorneys' fees.

Dated: December 17, 2010        s/ J. Thomas Marten
                                UNITED STATES DISTRICT JUDGE

H&O: #88441 v1

2

[PROPOSED] JUDGMENT

<u>MEMORANDUM RE POST-JUDGMENT INTEREST</u>

(Local Rule 58-7; 28 U.S.C. § 1961(a))

Pursuant to Local Rule 58-7 and 28 U.S.C. § 1961(a), post-judgment interest will accrue on the Judgment at the rate of .29%, which is the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the lodging of the [Proposed] judgment. *See* http://www.utd.uscourts.gov/documents/int2010.html.

Dated: December 15, 2010

O'NEIL LLP
LAWRENCE J. HILTON

By _____
Lawrence J. Hilton
Attorneys for Defendant
ECONO LUBE N' TUNE, INC.

H&O: #88441 v1

3

[PROPOSED] JUDGMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19900 MacArthur Boulevard, Suite 1050, Irvine, California 92612.

On December 15, 2010, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT** on the interested parties in this action as follows:

JAMES D. VAUGHN
PHILLIP B. SLOT
STWELL, ZEILENGA, RUTH,
VAUGHN & TREIGER, LLP
2815 Townsgate Road, Suite 330
Westlake Village, CA 91361

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with O'Neil LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed in the Service List. The telephone number of the sending facsimile machine was (949) 798-0511. No error was reported by the fax machine that I used.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

Executed on December 15, 2010, at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Jenice Thakur
(NAME OF DECLARANT)                     (SIGNATURE OF DECLARANT)

H&O: #88441 v1

PROOF OF SERVICE